AMERICAN GOVERNMENT PROP-
ERTIES, New Iberia SSA, LLC,
Plaintiffs–Appellants

v.

UNITED STATES, Defendant–Appellee.

No. 2015–5017.

United States Court of Appeals,
Federal Circuit.

June 4, 2015.

Clinton Meyering, Calligaro & Meyer-
ing, P.C., Taylor, MI, argued for plaintiff-
appellants.

Jeffrey D. Klingman, Commercial Liti-
gation Branch, Civil Division, Unites
States Department of Justice, Washington,
DC, argued for defendant-appellee. Also
represented by Joyce R. Branda, Robert
E. Kirschman, Jr., Stephen J. Gillingham.

DYK, MOORE, and CHEN, Circuit
Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and con-
sidered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.